■ In the Matter of MICHAEL NEIBAUER et al., Appellants, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent,

and GARY SINAWSKI et al., Respondents. [746 NYS2d 616]

The Supreme Court properly dismissed the instant proceeding since the petitioners did not meet any of the requirements specified in Election Law § 16-102 (1), and thus lacked standing to challenge the subject designating petitions (*see* Election Law § 16-102 [1]; *Matter of Galow v Dutchess County Bd. of Elections,* 242 AD2d 344). Prudenti, P.J., Florio, McGinity, Crane and Cozier, JJ., concur.